AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

CARLISLE TIRE & WHEEL COMPANY

V.

CARTER BROS. MFG. CO., INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv427- DRB

TO: (Name and address of Defendant)

Carter Bros. Mfg. Co., Inc.
c/o Mr. Stuart Arn
1871 Highway 231 South
Brundidge, Alabama 36010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Rains
Tanner & Guin, LLC
PO Box 3206
Tuscaloosa, AL 35403

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 5/17/06