**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Carter Bros. Mfg. Co., Inc.
    c/o Mr. Stuart Arn
    1871 Highway 231 South
    Brundidge, AL  36010

2. Article Number (Transfer from service label)

    7002 2410 0003 1823 2401

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cathy Mitchell*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Cathy Mitchell
C. Date of Delivery: 5-18-06

D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below: ☐ No

    2:06cv427
    S&C

3. Service Type
    ☒ Certified Mail   ☐ Express Mail
    ☐ Registered       ☐ Return Receipt for Merchandise
    ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540