IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARLISLE TIRE & WHEEL COMPANY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No.:  2:06-cv-427-B |
| | * |
| **CARTER BROS. MFG. CO., INC.,** | * |
| | * |
| Defendant, | * |

## ANSWER

Comes now Defendant Carter Bros. Mfg. Co., Inc. and in response to Plaintiff's Complaint answers as follows:

1.     Defendant is without knowledge to admit or deny the allegations contained in ¶1 Plaintiff's Complaint and, therefore, denies said allegations and demands strict proof thereof.

2.     Admitted.

3.     Defendant is without knowledge to admit or deny the allegations contained in ¶3 of Plaintiff's Complaint and, therefore, denies said allegations and demands strict proof thereof.

4.     Defendant is without knowledge to admit or deny the allegations contained in ¶4 of Plaintiff's Complaint and, therefore, denies said allegations and demands strict proof thereof.

5.     Denied.

6.     Defendant is without knowledge to admit or deny the allegations contained in ¶6 of Plaintiff's Complaint and, therefore, denies said allegations and demands strict proof thereof.

7.     Admitted.

8.     Denied.

9.     See responses above.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. See responses above.

16. Denied.

17. Denied.

18. Admitted.

19. Denied.

20. Denied.

21. See responses above.

22. Denied.

23. Denied.

24. Denied.

25. See responses above.

26. Denied.

27. Denied.

28. Denied.

29. See responses above.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

All remaining paragraphs of Plaintiff's Complaint are hereby denied.

### **AFFIRMATIVE DEFENSES**

1. Defendant denies that Plaintiff is entitled to recover.

2. Defendant pleads statute of limitations.

3. Defendant pleads release and waiver.

4. Defendant pleads latches.

5. Plaintiff failed to contract with Defendant.

    /s  Lee H. Copeland
Lee H. Copeland    (ASB-34561-O72L)
**Counsel for Defendant,
Carter Bros. Mfg. Co., Inc.**

**OF COUNSEL:**

COPELAND, FRANCO, SCREWS & GILL, P.A.
444 S. Perry Street (36104)
Post Office Box 347
Montgomery, Alabama 36101-0347
Telephone:    (334) 834-1180
Facsimile:    (334) 834-3172
Email: copeland@copelandfranco.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 26th day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **David E. Rains**
  drains@rcslaw.com; fhamner@rcslaw.com

                                              /s Lee H. Copeland
                                              Of Counsel