**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CARLISLE TIRE & WHEEL COMPANY,** | · · · |
| **Plaintiff,** | · · |
| **v.** | · **CASE NO. CV 2:06 CV 427.DRB** |
| **CARTER BROS. MFG. CO., INC.** | · · |
| **Defendant.** | · · |

## <u>REPORT OF PARTIES' PLANNING MEETING</u>

    1.    Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on July 13 and was attended by:

        David E. Rains on behalf of Plaintiff Carlisle Tire & Wheel Company.

        Lee H. Copeland on behalf of Defendant Carter Brothers Mfg. Co., Inc.

    2.    **Pre-Discovery Disclosures:**

    The parties will exchange by July 27 the information required by Local Rule 26.1 (a) (1).

    3.    **Discovery Plan:**

    The parties jointly propose to the Court the following discovery plan:

    Discovery will be needed on the following subjects:  All claims by Plaintiff and all defenses asserted by Defendant.

    All discovery commenced in time to be completed by May 9, 2007.

    Maximum of 30 Interrogatories by each party to any other party. Responses due thirty (30) days after service.

    Maximum of 30 Requests for Production by each party to any other party. Responses due thirty (30) days after service.

Maximum of 30 Requests for Admission by each party to any other party. Responses due thirty (30) days after service.

Maximum of 5 depositions by Plaintiff(s) and 5 by Defendant(s).

Reports from retained experts under Rule 26 (a) (2) due:
From Plaintiffs by March 9, 2007;
From Defendant by March 23, 2007.

Supplementations under Rule 26 (e) due May 25, 2007.

4.    **Other Items:**

The parties do not request a conference with the Court before entry of the Scheduling Order.

Plaintiffs should be allowed until October 3, 2006, to join additional parties and to amend the pleadings.

Defendants should be allowed until October 17, 2006, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by June 8, 2007.

Settlement cannot be realistically evaluated prior to commencement of discovery.

The parties request a final pretrial conference in June 2007.

Final lists of trial evidence under Rule 26 (a) (3) should be due:
From the Plaintiffs:  Witnesses and exhibits by **30 days prior to trial.**
From the Defendants:  Witnesses and exhibits by **30 days prior to trial.**

Parties should have ten (10) days after service of final lists of trial evidence to list objections under Rule (26) (a) (3).

The case should be ready for trial by July 9, 2007, and at this time is expected to take approximately 2-3 days.

Dated:  July 13, 2006

**/s/ David E. Rains**
DAVID E. RAINS (ASB-2728-S81D)
Attorney for Plaintiff

OF COUNSEL:
Rosen, Cook, Sledge, Davis, Shattuck & Oldshue, P.A.
Attorneys at Law
P. O. Box 2727
Tuscaloosa, Alabama  35403
(205) 344-5000
(205) 758-8358 (Fax)


**/s/ Lee H. Copeland**
LEE H. COPELAND (ASB-34561-072L)
Attorney for Defendant

OF COUNSEL:
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, Alabama 36101-0347
(334) 834-1180
(334) 834-3172 (fax)