# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CARLISLE TIRE & WHEEL COMPANY,** | ▪ |
| Plaintiff, | ▪ |
| v. | ▪ CASE NO. CV 2:06 CV 427.DRB |
| **CARTER BROS. MFG. CO., INC.,** | ▪ |
| Defendant. | ▪ |

## REQUESTS FOR ADMISSIONS

Comes now the Plaintiff Carlisle Tire & Wheel Company ("Carlisle") and propounds the following requests for admissions to Defendant, Carter Brothers Manufacturing Co., Inc., ("Carter Brothers") to be responded to under the Federal Rules of Civil Procedure:

1.  Admit or deny that on or about January 8, 2004, Carter Brothers committed to using Carlisle as its vendor on the tires for the current 2900 Series, 1150, and 2150 Karts.

2. Admit or deny that on or about May 12, 2004, Carter Brothers issued a purchase order numbered 020368-00 to Carlisle in the amount of $88,275.00.

3. Admit or deny that the tires produced by Carlisle in response to the May 12, 2004, purchase order number 020368-00 were unique and specifically designed for Carter Brothers.

4. Admit or deny that Carter Brothers has failed to pay for those tires produced in response to purchase order number 020368-00.

                                                  **/s/ David E. Rains**
                                                  DAVID E. RAINS (ASB-2728-S81D)
                                                  Attorney for Plaintiff

OF COUNSEL:
Rosen, Cook, Sledge, Davis,
  Shattuck & Oldshue, P.A.
Attorneys at Law
P. O. Box 2727
Tuscaloosa, Alabama  35403
(205) 344-5000
(205) 758-8358 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

To:  LEE H. COPELAND (ASB-34561-072L)
     Attorney for Defendant
     Copeland, Franco, Screws & Gill, P.A.
     P.O. Box 347
     Montgomery, Alabama 36101-0347

                                        **/s/ David E. Rains**
                                        DAVID E. RAINS (ASB-2728-S81D)

I:\Rains\Carlisle Companies\Carter Brothers\Pleadings\Requests for Admissions.doc