## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| CARLISLE TIRE & WHEEL COMPANY, | § § § § |
| Plaintiff, | § § |
| v. | §   CASE NO. CV 2:06 CV 427.TFM § |
| CARTER BROS. MFG. CO., INC., | § § § § |
| Defendant. | § |

### JOINT STIPULATION OF DISMISSAL

Come now the Plaintiff and Defendant in the above-referenced matter, by and through their counsel of record, and hereby stipulate to the dismissal, with prejudice, of the Defendant in this action with costs taxed as paid.

/s/ David E. Rains
Counsel for Plaintiff,
Carlisle Tire & Wheel Company

**OF COUNSEL:**
ROSEN, COOK, SLEDGE, DAVIS, SHATTUCK & OLDSHUE, P.A.
2117 Jack Warner Parkway
Post Office Box 2727
Tuscaloosa, Alabama  35403

/s/ Lee H. Copeland
Counsel for Defendant
Carter Bros. Mfg. Co.

**OF COUNSEL**
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, Alabama 36101-0347