IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLISLE TIRE & WHEEL COMPANY, | § § § § |
| Plaintiff, | § § |
| v. | §  CASE NO. CV 2:06 CV 427.TFM § |
| CARTER BROS. MFG. CO., INC., | § § § § |
| Defendant. | § |

## ORDER

Upon joint motion of the Plaintiff and Defendant in this cause, the Defendant is dismissed, with prejudice, with costs taxed as paid.

Ordered this the _____ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE